STATE OF CONNECTICUT *v.* ALFRED GAGLIARDI

STATE OF CONNECTICUT *v.* VICTORIA PRUDENTIAL

The state's petition for certification for appeal from the Appellate Division of the Court of Common Pleas is granted.

*Joseph B. Clark,* assistant prosecuting attorney, in support of the petition.

Submitted August 4—decided September 24, 1975

EVELYN P. LONERGAN *v.* CONNECTICUT FOOD STORE, INC.

The defendant's motion for a review of the taxation of costs in the appeal from the Superior Court in Windham County is granted and it is ordered that the clerk of the Superior Court in Windham County tax the costs of the appeal in favor of the defendant and against the plaintiff in accordance with the provisions of § 733 of the Practice Book.

*George S. Linardos,* in support of the motion.

Submitted August 11—decided September 24, 1975

HENRY H. BANVILLE, JR., ET AL. *v.* TOWN PLANNING AND ZONING COMMISSION OF MONROE ET AL.

The plaintiffs' petition for certification for appeal from the Court of Common Pleas in Fairfield County is denied.

*Eric M. Gross,* in support of the petition.

*David O. Chittick,* in opposition.